Mary B. ELLIOTT, Plaintiff in Error, v. BARRETT COMPANY, Defendant in Error.

Circuit Court of Appeals, Second Circuit. March 16, 1928.

No. 268.

In Error to the District Court of the United States for the Southern District of New York.

Clarence McMillan, of New York City, for plaintiff in error.

Charles Neave, of New York City, for defendant in error.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment (25 F.[2d] 125) affirmed in open court.